1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LI GUO YAO,                              No.  2:15-cv-2696-GEB-EFB P

12                    Petitioner,

13        v.                                  ORDER

14   TIMOTHY S. AIKEN, et al.,

15                    Respondents.

16

17        Petitioner proceeds without counsel seeking a writ of habeas corpus.  *See* 28 U.S.C.

18   § 2241.  On March 11, 2016, respondent filed a motion to dismiss on the ground that the petition

19   is moot.  Petitioner has not filed an opposition or a statement of no opposition to respondent's

20   motion to dismiss.

21        A responding party's failure "to file written opposition or to file a statement of no

22   opposition may be deemed a waiver of any opposition to the granting of the motion and may

23   result in the imposition of sanctions."  L. R. 230(l).  Failure to comply with any order or with the

24   Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or

25   Rule or within the inherent power of the Court."  L. R. 110.  The court may dismiss this action

26   with or without prejudice, as appropriate, if a party disobeys an order or the Local Rules.  *See*

27   *Ferdik v. Bonzelet*, 963 F.2d 1258, 1263 (9th Cir. 1992) (district court did not abuse discretion in

28   dismissing pro se plaintiff's complaint for failing to obey an order to re-file an amended

1

1  complaint to comply with Federal Rules of Civil Procedure); *Carey v. King*, 856 F.2d 1439,

2  1440-41 (9th Cir. 1988) (dismissal for pro se plaintiff's failure to comply with local rule

3  regarding notice of change of address affirmed).

4        Accordingly, it is hereby ORDERED that, within 21 days of the date of this order,

5  petitioner shall file either an opposition to the motion to dismiss or a statement of no opposition.

6  Failure to comply with this order will result in a recommendation that this action be dismissed

7  without prejudice.

8  Dated:  April 13, 2016.

                                     EDMUND F. BRENNAN

9                                       UNITED STATES MAGISTRATE JUDGE

2